

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| | § | |
| Linda S. Restrepo and Carlos E. Restrepo d/b/a Collectively RDI Global Services and R & D International, | § § | No. 08-16-00032-CV Appeal from the |
| Appellants, | § | County Court at Law No. 5 |
| v. | § | of El Paso County, Texas |
| Alliance Riggers & Constructors, LTD, | § | (TC# 2012-DCV04523) |
| Appellee. | § | |
| | § | |

**O R D E R**

The Court GRANTS the Appellants' fourth pro se motion for extension of time within which to file the brief until **September 6, 2016.** NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE APPELLANTS' PRO SE BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that Linda S. Restrepo, pro se, and Carlos E. Restrepo, pro se, prepare the Appellants' pro se brief and forward the same to this Court on or before September 6, 2016.

The appeal will be subject to dismissal without further notice if the brief is not filed by the deadline.

IT IS SO ORDERED this 4th day of August, 2016.

PER CURIAM

Before McClure, C.J., Rodriguez and Hughes, JJ.
(Hughes, J., not participating)